| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| GREGORY A. MILTON, | § |
| Plaintiff, | § § § |
| versus | § CIVIL ACTION NO. 1:18-CV-334 |
| CHARLES SAMUELS, *et al.*, | § § |
| Defendants. | § § |

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Gregory A. Milton, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Defendants Samuels, Fox, Russo, Devereaux, Graves, Hammond, Hadnot and McCoy filed a motion for summary judgment (#33). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The motion for summary judgment is **GRANTED**.

SIGNED at Beaumont, Texas, this 19th day of March, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE